UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIAN GUILLERMO SASSEN VAN ELSLOO,<br><br>                          Petitioner,<br>      v.<br><br>SHERIFF DONNELL TANKSLEY, *et al.*,<br><br>                          Respondents. | CASE NO. 2:25-cv-00316-JNW-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's Amended federal habeas Petition (Dkt. 6) is denied and this action is dismissed without prejudice pursuant to the *Younger* abstention doctrine.

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

**DATED** this 2nd day of June, 2025.

                                                            JAMAL N. WHITEHEAD
                                                            United States District Judge